IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                   ORDER

            Plaintiff,

                                                    07-cr-100-jcs

     v.

THOMAS M. McHUGH,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Thomas McHugh has filed a motion to dismiss or modify the lis pendens in this case (dkt. 22). Because Judge Shabaz is on an extended medical leave, I am handling the cases assigned to him, including this one. The government shall have until May 21, 2008 in which to file and serve a response to defendant's motion.

Entered this 7th day of May, 2008.

                                                    BY THE COURT:
/s/
BARBARA B. CRABB
District Judge